UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: WA:15-CR-00016(1)-ADA |
| (1) OTIS CORTEZ WILLIAMS | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause. On February 15, 2024 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) OTIS CORTEZ WILLIAMS, which alleged that Williams violated a condition of his supervised release and recommended that Williams's supervised release be revoked (Clerk's Document No. 42). A warrant issued and Williams was arrested. On February 23, 2024, Williams appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Williams appeared before the magistrate judge on March 5, 2024, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on March 13, 2024, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense

and the intervening conduct of Williams, the magistrate judge recommends that this court revoke Williams supervised release and that Williams be sentenced to imprisonment for NINETY (90) DAYS, with a term of FOUR (4) YEARS of supervised release to follow the term of imprisonment (Clerk's Document No. 53). As special conditions of supervised release, the Defendant shall reside in a residential re-entry center for a term of up to 180 days, upon bedspace being made available. The Court requests that the placement be made in the Austin, Texas area. The Defendant shall undergo a mental health evaluation and participate in whatever counseling is deemed appropriate. The original conditions of supervised release shall be re-imposed.

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On March 5, 2024, following the hearing on the motion to revoke supervised

release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 52). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 53 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) OTIS CORTEZ WILLIAMS's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) OTIS CORTEZ WILLIAMS be imprisoned for NINETY (90) DAYS with a term of supervised release of FOUR (4) YEARS. As special conditions of supervised release, the Defendant shall reside in a residential re-entry center for a term of up to 180 days, upon bedspace being made available. The Court requests that the placement be made in the Austin, Texas area. The Defendant shall undergo a mental health evaluation and participate in whatever counseling is deemed appropriate. The original conditions of supervised release shall be re-imposed.

Signed this 21st day of March, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE